IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 6 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02064-BNB

ROGER R. HERNANDEZ,

    Plaintiff,

v.

M. BANULOS,
WHITTNY, F.N.U.,
CASTRO-HESS, F.N.U., and
HUTCHISON, F.N.U.,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 26, 2011, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02064-BNB

Roger R Hernandez
Reg. No. 31949-180
FCI Terre Haute
PO Box 33
Terre Haute, IN 47808

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 26, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk