IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02064-MSK-BNB

ROGER R. HERNANDEZ

Plaintiff,

v.

M. BANULOS,
WHITTNY, F.N.U.,
CASTRO-HESS, F.N.U., and
HUTCHISON, F.N.U.,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Preserve Evidence and Depose Federal Bureau of Prisons Staff Witnesses** [Doc. # 16, filed 10/21/2011] (the "Motion"). The Motion is DENIED.

The plaintiff requests that the court order the Warden of the United States Penitentiary to preserve video surveillance tapes of the Special Housing Unit from March 12, 2010, to March 16, 2010, for use in this case. The Warden is not a party to the case. Therefore, the court does not have jurisdiction over the Warden. In addition, the plaintiff does not explain the relevance of the tapes to his claims, nor does he demonstrate that he has attempted to exhaust available internal prison remedies to preserve the tapes. Finally, the plaintiff has not explained the 19 month delay in seeking to preserve the evidence, and it is likely that the tapes have already been recycled.

The plaintiff also seeks leave to depose defendants and non-parties. The plaintiff does not specifically request that the court pay for the costs of the requested depositions, although he is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. To the extent the plaintiff is asking the court to pay the costs of the requested depositions, I will consider the plaintiff's request only if I am satisfied that the request is reasonable. See Burgess v. Andrews, 657 F. Supp. 1153, 1157 (W.D. N.C. 1987).

The plaintiff does not demonstrate that he is unable to obtain relevant and necessary information through written discovery. Additionally, insofar as the plaintiff seeks to obtain discovery from the defendants, a Scheduling Conference has not been held and discovery has not commenced. Therefore, the request is premature.

IT IS ORDERED that the Motion [Doc. # 16] is DENIED.

Dated October 27, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge