IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02064-MSK-BNB

ROGER R. HERNANDEZ

Plaintiff,

v.

M. BANULOS,
WHITTNY, F.N.U.,
CASTRO-HESS, F.N.U., and
HUTCHISON, F.N.U.,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Stay of** [sic] **Proceeding During Transfer** [Doc. #31, filed 11/25/2011] (the "Motion").

The plaintiff requests that the court "stay proceedings and request to stop all documents for at least 30 days while plaintiff is being re-located to a new place of confinement in the Federal Bureau of Prisons." The request is denied. If the plaintiff requires an extension of time to meet a specific deadline, he may file a motion seeking an extension. The court will not stay the entire proceeding.[1]

IT IS ORDERED that the Motion [Doc. #31] is DENIED.

---

[1] The plaintiff must file a written notice of his new address within five days after his change of address. D.C.COLO.LCivR 10.1M.

Dated December 1, 2011.

                                                          BY THE COURT:

                                                          s/ Boyd N. Boland
                                                          United States Magistrate Judge