IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02064-MSK-BNB

ROGER R. HERNANDEZ,

Plaintiff,

v.

M. BANULOS,
WHITTNY, F.N.U.,
CASTRO-HESS, F.N.U., and
HUTCHISON, F.N.U.,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to Take Deposition** [docket no. 58, filed August 21, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  Defendants can take the deposition of plaintiff at the Phoenix Federal Correctional Institution or where plaintiff resides, on or before September  15, 2012.

IT IS FURTHER ORDERED that a copy of this Order is to be mailed to the following:

CASE MANAGER FOR
ROGER R. HERNANDEZ #31949-180
PHOENIX FEDERAL CORRECTIONAL INSTITUTION
37910 NORTH 45TH AVENUE
PHOENIX, AZ 85086


DATED:  August 22, 2012