IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02064-MSK-BNB

ROGER R. HERNANDEZ

Plaintiff,

v.

M. BANULOS,
WHITTNY, F.N.U.,
CASTRO-HESS, F.N.U., and
HUTCHISON, F.N.U.,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Request for Discovery** [Doc. #52, filed 08/13/2012] (the "Motion"). I construe the Motion as a request to compel the defendants to produce discovery. The Motion is DENIED.

The plaintiff requests that he be provided with the names and addresses of certain inmates because "they are witnesses to conversations by and between the Plaintiff in this action and the officers named as defendants and can testify to the matters in question." The plaintiff further requests "copies of all complaints filed by other inmates over the past 2 years to this date be made available to the court as exhibits in order to establish propensity referencing each Defendant."

The plaintiff does not state that he has attempted to obtain the discovery from the defendants prior to filing his Motion. The rules of civil procedure permit a party to file a motion to compel only after attempts to obtain discovery pursuant to the appropriate rules of discovery

have failed. Fed. R. Civ. P. 37. Therefore, prior to filing any future motions to compel, the plaintiff must first attempt to obtain the discovery pursuant to the Federal Rules of Civil Procedure.

Moreover, the plaintiff's request for copies of all complaints filed by inmates over a two year period is overbroad and seeks information which is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated August 28, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge