IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02064-MSK-BNB

ROGER R. HERNANDEZ,

    Plaintiff,

v.

M. BANULOS,
WHITTNY, F.N.U,
CASTRO-HESS, F.N.U., and
HUTCHISON, F.N.U.,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the written Opinion and Order Granting Mr. Hernandez's Motion for Summary Judgment **(Doc. #44)** filed on September 6, 2012, it is

ORDERED that FINAL JUDGMENT is hereby entered in favor of defendants and that this case is closed. It is

FURTHER ORDERED that the defendants are AWARDED their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 6th day September, 2012.

                                ENTERED FOR THE COURT:
                                GREGORY C. LANGHAM, CLERK

                                By; s/Edward P. Butler
                                Edward P. Butler, Deputy Clerk